# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TIMOTHY ATWOOD and PHOEBE GRANADO,<br><br>        Plaintiffs,<br><br>v.<br><br>FEDERAL EXPRESS CORPORATION, successor by merger to FEDEX GROUND PACKAGE SYSTEM, INC.,<br><br>        Defendant. | CIVIL ACTION<br><br>No. 2:24-cv-01127-RJC<br><br>**FEDERAL EXPRESS CORPORATION'S UNOPPOSED MOTION FOR EXTENSION OF TIME FOR ITS REPLY IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT AGAINST PLAINTIFF PHOEBE GRANADO** |

Defendant Federal Express Corporation ("FedEx") respectfully requests additional time to file its reply brief in support of its Motion for Summary Judgment Against Plaintiff Phoebe Granado (ECF No. 59) ("Motion for Summary Judgment").

On August 8, 2025, FedEx filed and served its Motion for Summary Judgment. Plaintiffs filed and served their opposition on September 5, 2025. (ECF No. 71.) Pursuant to LCvR 56(D), FedEx's reply brief in support of its Motion for Summary Judgment is presently due on September 19, 2025.

Due to travel of some of FedEx's counsel, FedEx requests an extension of the deadline to file its reply brief up to and including September 26, 2025.

## CERTIFICATE OF CONFERRAL

FedEx's counsel has conferred with Plaintiffs' counsel in good faith regarding its request for an extension. Plaintiffs do not oppose the relief requested.

Dated: September 10, 2025  Respectfully submitted,

*s/ Jessica E. Eller*
Jessica G. Scott (CO 37287) (*pro hac vice*)
Jessica E. Eller (CO 59362) (*pro hac vice*)
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, CO  80202-5647
Telephone:     303.244.1800
Facsimile:     303.244.1879
scott@wtotrial.com
eller@wtotrial.com

Joseph P. McHugh (PA 77489)
Shanicka L. Kennedy (PA 88306)
Federal Express Corporation
1000 FedEx Drive
Moon Township, PA  15108
Telephone:   412.859.5917
Telephone:   412.859.5792
Facsimile:     412.859.5413
joseph.mchugh@fedex.com
shanicka.kennedy@fedex.com

Attorneys for Federal Express Corporation, successor by merger to FedEx Ground Package System, Inc.

## CERTIFICATE OF SERVICE (CM/ECF)

I HEREBY CERTIFY that on September 10, 2025, I electronically filed the foregoing **FEDERAL EXPRESS CORPORATION'S UNOPPOSED MOTION FOR EXTENSION OF TIME FOR ITS REPLY IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT AGAINST PLAINTIFF PHOEBE GRANADO** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following email addresses:

- **Jeremy Edward Abay**
  jabay@llrlaw.com

- **Jessica Elyse Eller**
  eller@wtotrial.com

- **Shanicka Kennedy**
  shanicka.kennedy@fedex.com

- **Harold Lichten**
  hlichten@llrlaw.com,courth@llrlaw.com

- **Shannon Liss-Riordan**
  sliss@llrlaw.com,zrubin@llrlaw.com,courts@llrlaw.com

- **Joseph P. McHugh**
  joseph.mchugh@fedex.com,amy.chambers@fedex.com,dawn.miller@fedex.com

- **Sarah R. Schalman-Bergen**
  ssb@llrlaw.com,courtssb@llrlaw.com

- **Jessica Goneau Scott**
  scott@wtotrial.com,umaguing@wtotrial.com

*s/ Jessica E. Eller*